# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| United States of America, | ) | CASE NO. 1:00CR470 |
| Plaintiff, | ) ) ) | |
| | ) | Judge John R. Adams |
| - vs - | ) ) | **O R D E R** |
| Darrell Williams | ) ) | |
| Defendant. | ) | |

This matter was heard on August 13, 2008, upon the request of the probation office for a finding that the defendant had violated the conditions of his supervised release. The defendant was present and represented by counsel. Upon consideration of statements of counsel, the Court finds that the terms of the defendant's supervised release has been violated as follows:

1)  Law Violation - On May 16, 2005 the offender was arrested by the Lorain Police Department, Lorain, Ohio. He was charged with attempted murder and felonious assault.

A report and recommendation was prepared by Magistrate Judge George J. Limbert. The Court adopts the findings in the report and recommendation.

Defendant is sentenced to the Bureau of Prisons for a term of 24 months to run

consecutive to the sentence imposed by Lorain County Common Pleas Court.

Further, the defendant's term of supervised release is revoked and no further supervision is ordered.

The defendant is remanded to the custody of the United States Marshal, Akron, Ohio.

IT IS SO ORDERED.

Date: August 18, 2008
           S/John R. Adams
           JOHN R. ADAMS
         UNITED STATES DISTRICT JUDGE